UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATS OF AMERICA

    - against -

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

    Defendants.

20 Cr. 412 (AT)

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that William Burck of Quinn Emanuel Urquhart & Sullivan,

LLP, with offices located at 1300 I Street NW, Washington, D.C. 20005, hereby appears on

behalf of Defendant Stephen Bannon.

I certify that I am admitted to practice in the Southern District of New York.

Dated:    New York, New York
        August 20, 2020

Respectfully Submitted,

/s/ William Burck
William Burck
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW
Washington, D.C. 20005
Tel:  202-538-8000
Fax: 202-538-8100
williamburck@quinnemanuel.com

*Attorneys for Defendant Stephen Bannon*