UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATS OF AMERICA<br><br>- against -<br><br>BRIAN KOLFAGE,<br>STEPHEN BANNON,<br>ANDREW BADOLATO, and<br>TIMOTHY SHEA,<br><br>Defendants. | 20 Cr. 412 (AT)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Daniel Koffmann of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Defendant Stephen Bannon.

I certify that I am admitted to practice in the Southern District of New York.

Dated:  New York, New York
        August 20, 2020

Respectfully Submitted,

/s/ Daniel Koffmann
Daniel Koffmann
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100
danielkoffmann@quinnemanuel.com

*Attorneys for Defendant Stephen Bannon*