March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

STEPHEN BANNON    ,
                  Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

__20__-CR-__412__ ( A ) ( T )

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

__X__    Initial Appearance/Appointment of Counsel

__X__    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

____    Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Print Defendant's Name

_____
Defense Counsel's Signature

DANIEL KOFFMANN
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__8/20/2020__
Date

_____
U.S. Magistrate Judge