Case 1:20-cr-00412-AT   Document 18   Filed 08/24/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/24/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                            Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is hereby ORDERED that the Court will hold an initial appearance in this action on **August 31, 2020**, at **1:00 p.m.**, using the Court's videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 2 (S.D.N.Y. Jun. 24, 2020) ("[C]onditions make it necessary for the judges in this District to continue to conduct proceedings remotely, by videoconference or teleconference," including "[a]rraignments under Rule 10 of the Federal Rules of Criminal Procedure."). Chambers will provide the parties with instructions on how to appear via video.

      To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

      SO ORDERED.

Dated: August 24, 2020
       New York, New York

                                                        ANALISA TORRES
                                                  United States District Judge