USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____8/31/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -v-

STEPHEN BANNON   ,
                Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE**

20 _-CR-_412_____(<sup>AT</sup>)(__)

Defendant __STEPHEN BANNON_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

X    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**STEPHEN BANNON**
Print Defendant's Name

Defense Counsel's Signature

**DANIEL KOFFMANN**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____August 31, 2020_____
Date        New York, New York

**ANALISA TORRES**
United States District Judge