UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2020
```

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

　　　　　　　　　　　Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The Court has reviewed a letter dated October 29, 2020, submitted by non-parties We Build the Wall, Inc. and Kris Kobach (together, "Non-Parties"). By **November 2, 2020**, Non-Parties shall file their reply to the Government's opposition to their motion to modify the sealed post-indictment restraining order. Non-Parties shall file the reply on the public docket.

　　SO ORDERED.

Dated: November 2, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANALISA TORRES
　　　　　　　　　　　　　　　　　　　　　　United States District Judge