**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
williamburck@quinnemanuel.com

November 6, 2020

<u>VIA ECF</u>

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Kolfage, et al., No. 20 Cr. 412 (AT)</u>

Dear Judge Torres:

On behalf of Defendant Stephen Bannon, we write respectfully to request an adjournment of the status conference currently scheduled for Monday, November 9 at 1:00 p.m. Mr. Bannon is in the process of retaining new counsel, and Quinn Emanuel intends to move to withdraw. As a result, Mr. Bannon respectfully requests that the status conference in this matter be adjourned for three weeks so that he may formally retain new counsel.

We have conferred with counsel for the government and for Defendants Brian Kolfage, Andrew Badolato, and Timothy Shea, all of whom consent to an adjournment. This is the second request Mr. Bannon has made for an adjournment of this status conference.

Respectfully submitted,

William A. Burck