UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN KOLFAGE,<br>STEPHEN BANNON,<br>ANDREW BADOLATO, and<br>TIMOTHY SHEA<br><br>  Defendants | No. 20 Cr. 412 (AT) |

**MOTION AND [PROPOSED] ORDER OF WITHDRAWAL
AS COUNSEL OF RECORD**

Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4, the undersigned respectfully requests the withdrawal of Quinn Emanuel Urquhart & Sullivan, LLP as counsel of record for Defendant Stephen Bannon. As demonstrated in the accompanying Declaration of William A. Burck, Mr. Bannon is in the process of retaining new counsel to replace Quinn Emanuel as counsel of record in this matter. Quinn Emanuel consents to the substitution and respectfully requests that William A. Burck and Daniel R. Koffmann be removed as counsel of record for Mr. Bannon.

We have conferred with counsel for the government, which has no objection to the motion so long as new counsel is retained before Quinn Emanuel is relieved as counsel in the case. In light of Mr. Bannon's representation that intends to retain new counsel prior to the status conference scheduled for December 2, 2020, Quinn Emanuel respectfully requests that the Court

enter an order relieving Quinn Emanuel as counsel on the earlier of the date that new counsel enters an appearance on behalf of Mr. Bannon or December 2, 2020.

Respectfully submitted,

| | |
|---|---|
| Dated: November 25, 2020<br>New York, New York | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>/s/ William A. Burck<br>William A. Burck<br>Daniel R. Koffmann<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>Telephone: (212) 849 7000<br>Facsimile: (212) 849-7100<br>williamburck@quinnemanuel.com<br>danielkoffmann@quinnemanuel.com |

ENTERED this \_\_\_\_ day of _____, 2020

SO ORDERED

_____
Honorable Analisa Torres
United States District Judge