

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2020

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Stephen Bannon*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter in response to defense counsel's motion to withdraw from this case (Dkt. No. 55) on the ground that "alternative counsel would be better suited to [the defendant's] defense strategy" (Dkt. No. 56 ¶ 2).

    To ensure an orderly transition of representation and to prevent undue delay, the Government respectfully requests that the Court not permit defense counsel to withdraw until new counsel is retained and appears in this case on behalf of the defendant (or the defendant is appointed counsel after demonstrating eligibility by filing the required financial affidavit). In the absence of the appearance (or appointment) of new counsel that will represent the defendant throughout the pending proceedings and can assure the Court that no delay will be occasioned by the transition to new counsel, the Government would object to the withdrawal of counsel.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:   *Robert B. Sobelman*
    Alison G. Moe
    Nicolas Roos
    Robert B. Sobelman
    (212) 637-2225/2421/2616

Cc: William A. Burck, Esq. (by ECF)
    Daniel R. Koffmann, Esq. (by ECF)