UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRIAN KOLFAGE,<br>STEPHEN BANNON,<br>ANDREW BADOLATO,<br>and TIMOTHY SHEA,<br><br>            Defendants. | 20 Cr. 412 (AT)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Robert J. Costello of Davidoff Hutcher & Citron, LLP, with offices located at 605 Third Avenue, New York, New York 10158, hereby appears on behalf of Defendant Stephen Bannon.

I certify that I am admitted to practice in the Southern District of New York.

Dated:   New York, New York
        December 11, 2020

Respectfully Submitted,

/s/ Robert J. Costello
Robert J. Costello
DAVIDOFF HUTCHER & CITRON, LLP
605 Third Avenue, 34th Fl.
New York, N.Y. 10158
Tel:  646-428-3840
Fax: 212-286-1884
rjc@dhclegal.com

*Attorneys for Defendant Stephen Bannon*

830976.v1