USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Stephen Bannon                ,
                              Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 412 (AT)

Defendant __Stephen Bannon__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence

_[Signature]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Stephen K. Bannon**
Print Defendant's Name

_[Signature]_
Defense Counsel's Signature

**Daniel Koffmann**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/17/2020
Date

_[Signature]_
ANALISA TORRES
United States District Judge