```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                    Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed Defendant Stephen Bannon's letter dated February 18, 2021 (the "Letter"), transmitted to the Court via email, and the Government's response, ECF No. 86. Accordingly,

1. By **March 5, 2021**, Bannon shall file the Letter on the docket, or move to file it under seal;
2. By **March 19, 2021**, Bannon shall file his motion to dismiss;
3. By **April 2, 2021**, the Government shall file its opposition; and
4. By **April 9, 2021**, Bannon shall file his reply, if any.

SO ORDERED.

Dated: February 26, 2021
       New York, New York

                                             ANALISA TORRES
                                          United States District Judge