```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       By letters dated February 18 and March 1, 2021, ECF Nos. 88, 89, Defendant Stephen Bannon requests that the Court exonerate his bail and bail conditions in light of the pardon granted to him by former President Donald J. Trump, ECF No. 79.  By letters dated February 25 and March 5, 2021, the Government indicates its consent to this request.  ECF Nos. 86, 92.  Accordingly, Bannon's request is GRANTED.  U.S. Pretrial Services or any other agency that has custody of Bannon's passport is directed to return it to him.

       In addition, the Government agrees to return any of Bannon's personal property in its possession without evidentiary value.  ECF Nos. 89, 92.  Accordingly, Bannon's request for the return of such property is GRANTED.  To the extent that such property has not yet been returned, the Government is directed to do so.

       SO ORDERED.

Dated: March 8, 2021
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge