# **EXHIBIT 1**

# Executive Grant of Clemency

# BARACK OBAMA

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, BARACK OBAMA, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

## NIMA GOLESTANEH

## A FULL PARDON

FOR THOSE OFFENSES charged in an indictment (Docket No. 2:13-cr-00160-wks) filed in the United States District Court for the District of Vermont on December 4, 2013, for violations of Sections 1343 and 2, Title 18, United States Code (Counts One through Four); Section 371, Title 18, United States Code (Count Five); and Sections 1030(a)(2) and (c)(2)(B)(iii) and 2, Title 18, United States Code (Count Six).

I CONDITION THIS PARDON UPON THE FOLLOWING TERMS:

(1) the said NIMA GOLESTANEH shall waive and release any and all claims, demands, rights, and causes of action of whatsoever kind and nature against the United States of America, its agents, servants, and employees. The said NIMA GOLESTANEH shall waive any and all claims to funds already seized as part of the prosecution of offenses subject to this pardon; and
(2) the said NIMA GOLESTANEH shall not accept or otherwise receive any financial benefit, directly or indirectly, in any manner or amount, from any book, movie, or other publication or production, in any form or media, about his situation.

IF AT ANY TIME the said NIMA GOLESTANEH violates one or more of the aforementioned terms, as determined by me in my complete discretion (or by a future President in his or her complete discretion), this Pardon may be voided in its entirety.

**AN ELECTRONIC VERSION OF A CERTIFIED COPY OF THIS GRANT SHALL** be delivered to the United States Marshals Service, directing them to cause **NIMA GOLESTANEH'S** immediate release from confinement.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



Done at the City of Washington this 15th day of January in the year of our Lord Two thousand and Sixteen and of the Independence of the United States the two hundred and fortieth.

**BARACK OBAMA**
**President**