

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

August 9, 2022

**By ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Shea, S2 20 Cr. 412 (AT)**
      *Corrected Request for Limited Unsealing of Certain Trial Exhibits*

Dear Judge Torres:

    With apologies for burdening the Court, I write to inform the Court that our request for limited unsealing contained a typographical error which resulted in us requesting the unsealing of one incorrect exhibit. Our letter of July 28, 2022 requested the unsealing of GX 1500, which contains bank records of White Knights, when it should have requested the unsealing of GX 1600, which contains bank records of We Build the Wall, Inc. Accordingly, we request that the Court endorse this letter to correct the unsealing order and make clear that the government is permitted to furnish GX 1600 to We Build the Wall, Inc., rather than GX 1500.

                                   Respectfully submitted,

                                   Justin S. Weddle